**Order entered August 30, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00546-CV

**ARHONDA JONES, Appellant**

**V.**

**AMERICAN REAL ESTATE INVESTMENT, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-06537-B**

## ORDER

Before the Court is appellant's August 29, 2019 second motion requesting an extension of time to file her brief on the merits.[1]  We **GRANT** the motion and extend the time to **September 20, 2019**.  We caution appellant that the brief must comply with the requirements set forth in rule of appellate procedure 38.1.  *See* TEX. R. APP. P. 38.1.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE

---

[1] Again, we note the motion is filed on behalf of both appellant and Mack Jones.  Because Mr. Jones did not file a notice of appeal, he is not a party to this appeal.